This document is SEALED and it is not available for review.
See W.D. Mich. LCrR 49.8